In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-06-00018-CV


______________________________





IN RE: ESTATE OF BOBBY LEON KENNIMER, DECEASED







 


On Appeal from the County Court


Upshur County, Texas


Trial Court No. 6539




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Tresha "Poppy" Elwell and Jennifer Deann Hillis, the appellants in this case, have filed a
motion seeking to dismiss their appeal. Pursuant to Tex. R. App. P. 42.1, their motion is granted.

 We dismiss the appeal.


 Jack Carter

 Justice


Date Submitted: October 30, 2006

Date Decided: October 31, 2006



="false" Priority="9" QFormat="true" Name="heading 3"/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00083-CR

                                                ______________________________

 

 

                                   THOMAS EVERETT NIX,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                        On Appeal from the 71st Judicial District Court

                                                           Harrison County, Texas

                                                         Trial Court
No. 88-0275X

 

                                                     
                                             

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Thomas Everett
Nix has filed a notice of appeal from the trial courts denial of his motion
for judgment nunc pro tunc.  

            The right to
appeal in a criminal case is a substantive right determined solely within the
province of the Legislature.  Lyon v.
State, 872 S.W.2d 732, 734 (Tex. Crim. App. 1994).  A defendant in any criminal action has the
right of appeal under the rules hereinafter prescribed.  Tex.
Code Crim. Proc. Ann. art. 44.02 (West 2006).  Generally, a criminal defendant may only
appeal from a final judgment.  See
State v. Sellers, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990).  The courts of appeals do not have
jurisdiction to review interlocutory orders unless that jurisdiction has been
expressly granted by law.  Apolinar
v. State, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); Ahmad v. State,
158 S.W.3d 525, 526 (Tex. App.Fort Worth 2004, pet. refd).

            We do not
have jurisdiction over an appeal from an order denying a request for judgment
nunc pro tunc.  See generally State v. Ross,
953 S.W.2d 748, 75152 (Tex. Crim. App. 1997); Sanchez v. State, 112 S.W.3d 311 (Tex.
App.Corpus Christi 2003, no pet.); Everett v. State, 82 S.W.3d 735
(Tex. App.Waco 2002, pet. dismd); Allen v. State, 20 S.W.3d 164, 165
(Tex. App.Texarkana 2000, no pet.).

            We
dismiss for want of jurisdiction.

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          June
30, 2011  

Date Decided:             July
1, 2011

 

Do Not Publish